# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1; <br><br> Plaintiff, <br><br> v. <br><br> ANNE MARIE SPRAY, SHAWN A SPRAY, MATTHEW C SPRAY, THE UNKNOWN HEIRS AT LAW OF BRIAN M SPRAY, DECEASED; <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:15-CV-00624-ALM <br> Judge Mazzant/Judge Johnson |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to Magistrate Judge Kimberly Priest Johnson pursuant to 28 U.S.C. § 636. On December 15, 2016, the Report of Magistrate Judge Johnson (Dkt. #25) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment Against Defendants Anne Marie Spray, Individually, and as Next Friend of J.S., a Minor, Shawn A. Spray, and Matthew C. Spray (Dkt. #23) should be granted.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment Against Defendants Anne Marie Spray, Individually, and as Next Friend of J.S., a Minor, Shawn A. Spray, and Matthew C. Spray (Dkt. #23) is hereby **GRANTED.**

**IT IS SO ORDERED.**

SIGNED this 1st day of February, 2017.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE